AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Waddoups, Clark | 2. Court or Organization<br><br>U.S. District Court, Utah | 3. Date of Report<br><br>5/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>110 Frank E. Moss Federal U.S. Courthouse<br>350 South Manin Street<br>Salt Lake City, Utah 841011 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waddoups, Clark | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Waddoups, Clark** | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Checking | A | Interest | J | T | | | | | |
| 2. Mass Mutual-universal policy | | None | J | T | | | | | |
| 3. Mass Mutual-whole life | | None | J | T | | | | | |
| 4. Mass Mutual-whole life | | None | L | T | | | | | |
| 5. 1365 Roosevelt LLC | | None | K | W | | | | | |
| 6. 1876 Wyoming LLC | | None | K | W | | | | | |
| 7. Batteries&Bands-common stock | | None | K | U | | | | | |
| 8. ZARS-common stock | | None | | | Closed | 12/31/11 | J | | Written off as tax loss |
| 9. MassMutual RetireEase Annuity | F | Distribution | O | T | | | | | |
| 10. MassMutual Odyssey | E | Distribution | N | T | | | | | |
| 11. Parr Brown Profit Sharing Plan (401k) | | None | J | T | | | | | |
| 12. Consumer Staples Select Sector SPDR (XLP) | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 13. Health Care Select Sector SPDR (XLV) | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 14. Market Vectors Etf Tr Em LC Curr Dbt (EMLC) | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 15. SPDR Barclays Capital High Yield Bond (JNK) | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 16. Utilities Select Sector SPDR (XLU) | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 17. Vanguard Total Bond Market ETF (BND) | E | Distribution | K | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Waddoups, Clark | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Barclays 1-3 Year Treasury Bond (SHY) | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 19. iShares 20+ Year Treasury Bond (TLT) | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 20. iShares Barclays 7-10 Year Treasury (IEF) | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 21. MML Investors Services Managed Account--Cash | E | Distribution | J | T | Distributed (part) | 09/14/11 | J | | Roll over to PremiereIRA |
| 22. Chase National Bank | A | Interest | J | T | | | | | |
| 23. Ishares Barclays 7-10 Yr Treasury Bond | | None | J | T | | | | | |
| 24. Ishares Barclays 1-3 Yr Treasury BD FD | | None | J | T | | | | | |
| 25. Ishares Barclays Intermediate Cr DB FD | | None | J | T | | | | | |
| 26. Ishares Barclays 1-3 Yr DC BD FD | | None | J | T | | | | | |
| 27. Ishares Trust 10+ Year Credit Bond Fund | | None | J | T | | | | | |
| 28. Market Vectors ETF TR Emerging Mkts' | | None | J | T | | | | | |
| 29. Prime Fund Capital Reservs Class | | None | J | T | | | | | |
| 30. SPDR Ser TR Barclays Cap High Yield BD | | None | J | T | | | | | |
| 31. Vanguard BD Index FD Inc Total BD Mkt | | None | J | T | | | | | |
| 32. Vanguard Long Term Corp. Bond ETF | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII Investments, items 12 through 21 were all held in an MML Investors Servies Account, NES/FMTC Rollover IRA, previously listed as "MMLISI Brokerage (Fidelity Mnagement Trust Co.)"  The distribution amounts are listed as Income Code F ($50,000 - 100,000), which is the amount of the combined distributions for all items.  The Account manager did not distinquish between line items in making the distribution and that information is not available from the reports to me.  The distributions from each of the separate items was less than that amount, but the total was within Code F.  The NES/FMTC Rollover IRA was rolled over to the Premier Select Rollover IRA and the assets held in that accound are listed in items 23 through 30.  Again the value of each account is listed as Code J, but the combined value is Code K.

| Name of Person Reporting | Date of Report |
|---|---|
| Waddoups, Clark | 5/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clark Waddoups**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544